UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

TERRANCE A. MCARTHUR,

      Petitioner,

v.                                        Civil Action No. 2:23-cv-00507

SUPERINTENDENT,

      Respondent.


<u>MEMORANDUM OPINION AND ORDER</u>


The court having received the Proposed Findings and Recommendation of United States Magistrate Omar J. Aboulhosn, entered on October 12, 2023; and the Magistrate Judge having recommended that the court dismiss petitioner's letter-form Section 2254 petition pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 41.1 due to petitioner's failure to prosecute this action; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that this case be, and it hereby is, dismissed without prejudice.

The Clerk is directed to transmit copies of this memorandum opinion and order to the movant, all counsel of record, and the United States Magistrate Judge.

ENTER: January 31, 2024

John T. Copenhaver, Jr.
Senior United States District Judge